O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO MOULIC, JR., | Case No. EDCV 14-1845-ODW (KK) |
| Petitioner, | |
| vs. | **MEMORANDUM AND ORDER SUMMARILY DISMISSING PETITION** |
| ERIC HOLDER, | |
| Respondent. | |

On September 5, 2014, Petitioner Ernesto Moulic, Jr., proceeding *pro se*, filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody ("Petition") under 28 U.S.C. § 2241. Petitioner is currently detained by Immigration and Customs Enforcement ("ICE") at Adelanto Detention Facility. Pet. at 2. ICE detained Petitioner on October 22, 2012, after Petitioner completed his state sentence for committing a lewd act upon a child under age 14 in violation of California Penal Code § 288(a). Id. at 3. Petitioner argues that his detention by ICE constitutes double jeopardy, a violation of due process, and cruel and unusual punishment. Id. at 3-4.

On the same date that Petitioner filed his Petition, he also filed an Emergency Motion to Stay Removal. Docket No. 2. On September 11, 2014, the Court issued an Order denying the Emergency Motion, explaining: "The Court

Case 5:14-cv-01845-ODW-KK   Document 10   Filed 09/19/14   Page 2 of 2   Page ID #:23

finds that it lacks jurisdiction to consider Moulic's habeas corpus petition and therefore cannot grant the stay-of-removal relief he requests." Docket No. 8, at 3. As explained in Judge Wright's Order, a final order of removal has been issued for Petitioner, see id. at 2, and the Ninth Circuit is currently reviewing it. See id. at 4-5. Therefore, under 8 U.S.C. § 1252(a), this Court lacks jurisdiction. Id.

    IT IS THEREFORE ORDERED that (1) the Petition is denied, and (2) Judgment be entered summarily dismissing this action with prejudice

DATED:  September 19, 2014

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

Presented by:

_____
HON. KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE