JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO MOULIC, JR., | Case No. EDCV 14-1845-ODW (KK) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| ERIC HOLDER, | |
| Respondent. | |

Pursuant to the Memorandum and Order Denying the Petition for Writ of Habeas Corpus and Summarily Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: _September 19, 2014

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE